## Commonwealth *v.* Albert, Appellant.
## Commonwealth *v.* Poulos, Appellant.

Argued June 22, 1971. *Joseph G. Feldman,* with him *Feldman & Feldman,* for appellant; *Deborah E. Glass,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence, or any part thereof

which had not been performed at the time the appeal was made a supersedeas.